**2006–0261. State ex rel. Martin v. Konteh.**

In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–0273. State ex rel. Langford v. Moore.**

In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**1994–0355. State v. Hill.**

Hamilton App. No. C–920497. On motion to set execution date. Motion granted. Execution to be carried out on Thursday, June 15, 2006.

RESNICK and O'DONNELL, JJ., dissent.

**2005–0929. Fairchilds v. Miami Valley Hosp., Inc.**

Montgomery App. Nos. 20493 and 20542, 160 Ohio App.3d 363, 2005-Ohio-1712. On motion to dismiss appeal as improvidently accepted. Motion denied.

RESNICK, J., dissents.

On motion to strike list of additional authorities. Motion denied.

MOYER, C.J., O'DONNELL and LANZINGER, JJ., dissent.

**2005–1121. State ex rel. Moorehead v. Indus. Comm.**

Franklin App. No. 04AP–404, 2005-Ohio-2667. On request for oral argument. Request granted.

**2005–2162. Bellman v. Am. Internatl. Group.**

Lucas App. No. L–03–1301, 163 Ohio App.3d 540, 2005-Ohio-5250. On motion to withdraw of appellee Auto Owners Insurance. Motion granted.

RESNICK, J., dissents.

**2006–0216. State v. Tooley.**

Portage App. No. 2004–P–0064, 2005-Ohio-6709. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at pages 2–3 of the court of appeals' Judgment Entry filed January 25, 2006:

"1. Whether the statutory inference provided in R.C. 2907.322(B)(3) renders R.C. 2907.322(A)(5) unconstitutionally overbroad in light of the decision announced in *Ashcroft v. The Free Speech Coalition* [(2002), 535 U.S. 234]?

"2. Whether R.C. 2907.323(A)(3)'s culpable mental state of recklessness renders this section of the statute unconstitutionally overbroad in light of the decision announced in *Ashcroft v. The Free Speech Coalition*?"

The conflict cases are *State v. Eichorn*, Morrow App. No. 02 CA 953, 2003-Ohio-3145, *State v. Anderson*, 151 Ohio App.3d 422, 2003-Ohio-429, and *State v. Morris*, Wayne App. No. 04CA0036, 2005-Ohio-599.

Sua sponte, cause consolidated with 2006–0105, *State v. Tooley*, Portage App. No. 2004–P–0064, 2005-Ohio-6709.